IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DENISE L. BROOKS,
    Plaintiff,
    v.

CIVIL ACTION FILE
NO. 1:16-CV-4287-TWT

NAVIENT, et al.,
    Defendants.

**ORDER**

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the case as frivolous and for failure to state a claim. The Plaintiff's Objections to the Report and Recommendation are incomprehensible. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Brooks\r&r.wpd